**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**V BOYD,**

Civil No. 00-1325 (MJD/JGL)

Plaintiff,

v.

**O R D E R**

**INDEPENDENT SCHOOL DISTRICT NO. 625,**

Defendant.

---

APPEARANCES

Jennie M. Brown, Esq., on behalf of Plaintiff.

James R. Andreen, Esq., on behalf of Defendant.

---

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Plaintiff's Motion to Get State Records (Doc. No. 16). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Get State Records (Doc. No. 16) is **GRANTED IN PART.** The Clerk of Courts is directed to reimburse Attorney Jennie M. Brown, upon proof of payment made, for reasonable copying expenses, not to exceed $250.00, related to securing the state court files associated with this matter. The funds shall be paid from the Pro Bono Attorney Reimbursement Fund of the non-appropriated account maintained by the Clerk of Courts.

Dated: November 7, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED ____ 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____