# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

V. Boyd

Case No. Civil 00-1325 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

St. Paul Schools
Independent School District 625

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Defendant's motion to dismiss is granted;
2. Defendants' motion for sanctions is denied.

DATE: December 29, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk