**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Vincent Boyd,

Plaintiff,

v.

**ORDER**
Civ. No. 00-1325 (MJD/JGL)

St. Paul Schools
Independent School District 625,

Defendant.

---

This matter is before the Court upon Plaintiff's request for leave to move the Court for reconsideration of this Court's Order dated December 29, 2000. The proper role of a motion to reconsider is extremely limited: "to correct manifest errors of law or to present newly discovered evidence." Hagerman v. Yukon Energy Corp., 839 F.2d 407, 414 (8th Cir. 1998). The Court having reviewed the arguments of the parties, hereby determines that Plaintiff has not presented a sufficient basis upon which to grant a determination of reconsideration.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Request for Leave to Move the Court for Reconsideration is DENIED.

Dated: July 6, 2001.

Michael J. Davis
United States District Court Judge

FILED JUL 06 2001
RICHARD D. SLETTEN, CLERK

JUDGEMENT ENTERED ________

DEPUTY CLERK'S INITIALS ________